**Exhibit A to the Complaint**

**Location:** Bartlett, IL  
**Total Works Infringed:** 50  
**IP Address:** 76.232.26.147  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 00:52:09 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/06/2017 01:14:18 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 08/15/2017 02:38:35 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 4 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 22:33:04 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 04:33:27 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 6 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | Tushy | 01/20/2018 15:42:38 | 01/16/2018 | 01/20/2018 | 16215823881 |
| 7 | 1D7E721AC3B8D955BBCAD8D62F57AF030BD1F315 | Vixen | 06/04/2017 14:28:56 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 8 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/20/2018 15:39:03 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 9 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/10/2017 21:29:25 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 10 | 2A6509FEA47222250510958EA5C4731EB3FEDDE3 | Blacked | 09/23/2017 09:52:50 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 11 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/25/2018 22:06:45 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 12 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 00:25:25 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 13 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 00:53:49 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 14 | 3A00E4904843F7055BB8A15A5A9FA76CB1CE2CBF | Blacked | 06/30/2017 02:20:25 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 15 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/29/2017 01:54:14 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 16 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | Vixen | 11/21/2017 22:16:51 | 11/20/2017 | 01/04/2018 | PA0002069354 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | Blacked | 12/03/2017 16:49:58 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 18 | 42D986CD70A88571BE1AB408302058F29AD7D049 | Vixen | 11/30/2017 22:01:43 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 19 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 12/31/2017 20:35:58 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 20 | 48FD5B0D6BE005134739A99371DFFFF5F45C3BA9 | Tushy | 08/20/2017 20:46:26 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 21 | 4B321B55536C35EC1609EE2AB4EFB520A5CFA67D | Vixen | 07/05/2017 00:28:25 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 22 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/22/2017 23:19:56 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 23 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/09/2017 00:25:46 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 24 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/16/2017 02:06:17 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 25 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 08/01/2017 19:08:54 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 26 | 7A2AE90A9B82962BD337CF3CFEBECCA891546447 | Tushy | 12/03/2017 17:10:11 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 27 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 02:17:35 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 28 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/27/2018 18:52:57 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 29 | 8484A75A0D7E77333FEC49E758E9C44E18D0BBF3 | Tushy | 08/09/2017 23:53:18 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 30 | 8F9BABAB8966A6FEEDE9DEE43D5DF32500DC8A81 | Tushy | 02/16/2018 00:52:48 | 02/15/2018 | 03/02/2018 | 16335134751 |
| 31 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 10/17/2017 02:44:55 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 32 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/17/2017 23:14:46 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 33 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/03/2017 17:21:22 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 34 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | Blacked | 02/15/2018 00:20:27 | 02/14/2018 | 03/02/2018 | 16331855691 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A166E2A1077E24E0827DDE108626335305417B06 | Tushy | 10/13/2017 23:25:54 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 36 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/02/2017 00:44:25 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 37 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 02/11/2018 16:04:30 | 02/10/2018 | 02/17/2018 | 16288498992 |
| 38 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 00:24:21 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 39 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/05/2017 23:51:05 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 40 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 07/20/2017 01:30:35 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 41 | C9F5FFAFF3300D5747CED9D189A7E77D46F4A0A6 | Blacked | 09/27/2017 20:49:23 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 42 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 01/31/2018 04:33:11 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 43 | DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5 | Blacked Raw | 01/04/2018 01:58:44 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 44 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/07/2017 02:48:48 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 45 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 03:16:27 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 46 | E45E99B667B2B843C2E1667485953197A381B5A9 | Tushy | 08/24/2017 22:21:25 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 47 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 17:14:06 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 48 | F9007BDB1432744206E0B50B8EDB45D91F06EA40 | Vixen | 08/02/2017 23:20:11 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 49 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 10/29/2017 16:05:37 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 50 | FEEFE673FB53B1AD93C77A7A8E14F7153293D653 | Vixen | 11/10/2017 23:32:38 | 11/10/2017 | 11/21/2017 | 16013343018 |